```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 37056
   BRENDA J BLACKWELL
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-1746


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/13/2005 and was confirmed 11/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  23.71%.

     The case was paid in full 09/09/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
CENTRIX RESOURCE SYSTEMS   SECURED                .00           .00            .00
CENTRIX RESOURCE SYSTEMS   UNSECURED      NOT FILED             .00            .00
CITY OF CHICAGO WATER DE   SECURED             666.00           .00         666.00
COOK COUNTY ASSESSOR       SECURED                .00           .00            .00
SELECT PORTFOLIO SERVICI   CURRENT MORTG  18194.28              .00       18194.28
AMERITECH CELLULAR         UNSECURED      NOT FILED             .00            .00
AMEX TRIUMPH               UNSECURED      NOT FILED             .00            .00
BANK FIRST B-LINE LLC      UNSECURED      NOT FILED             .00            .00
ECAST SETTLEMENT CORP      UNSECURED           587.06           .00         139.17
CAPITAL ONE                UNSECURED           666.19           .00         157.93
CAPITAL ONE                UNSECURED           452.85           .00         107.36
CELLULAR ONE               UNSECURED      NOT FILED             .00            .00
CENTURY LIQUIDATION INC    UNSECURED OTH  13355.00              .00        3165.94
CITY OF CHICAGO PARKING    SPECIAL CLASS   1094.00              .00        1094.00
ECAST SETTLEMENT CORP      UNSECURED      NOT FILED             .00            .00
FISHER & SHAPIRO           NOTICE ONLY    NOT FILED             .00            .00
KEYBANK                    UNSECURED      NOT FILED             .00            .00
MIDWESTERN TELCOM          UNSECURED           291.15           .00          69.02
ORCHARD BANK               UNSECURED      NOT FILED             .00            .00
PROVIDIAN                  UNSECURED      NOT FILED             .00            .00
ROUNDUP FUNDING LLC        UNSECURED          1322.85           .00         313.61
AT & T BANKRUPCTY          UNSECURED           833.19           .00         197.52
SELECT PORTFOLIO SERVICI   NOTICE ONLY    NOT FILED             .00            .00
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE  11155.81              .00       11155.81
CAPITAL ONE                SECURED NOT I       49.00            .00            .00
ECAST SETTLEMENT CORP      UNSECURED           229.22           .00          54.34
ECAST SETTLEMENT CORP      UNSECURED           978.21           .00         231.90
ECAST SETTLEMENT CORP      UNSECURED           798.80           .00         189.37
ECAST SETTLEMENT CORP      UNSECURED           543.40           .00         128.82
TELECHECK                  UNSECURED           164.71           .00          39.05
LEGAL HELPERS PC           DEBTOR ATTY      1,950.00                      1,950.00
TOM VAUGHN                 TRUSTEE                                        2,645.88

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 37056 BRENDA J BLACKWELL
```

```
DEBTOR REFUND             REFUND                                   900.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 41,400.00

PRIORITY                                           .00
SECURED                                      30,016.09
UNSECURED                                     5,888.03
ADMINISTRATIVE                                1,950.00
TRUSTEE COMPENSATION                          2,645.88
DEBTOR REFUND                                   900.00
                       ---------------    ---------------
TOTALS                  41,400.00            41,400.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 01/28/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE